STANDARD GENERATOR SERVICE
COMPANY, Appellant,

v.

John STOUT and Irene Stout, Doing Busi-
ness as Craft Auto Supply Company,
Appellees.

Court of Appeals of Kentucky.

Feb. 13, 1959.

J. L. Richardson, III, Louisville, for ap-
pellant.

Stuart A. Handmaker, Milliken, Hand-
maker & Rosenstein, Louisville, for appel-
lee.

W. E. Faulkner, Hazard, for appellant.

C. A. Noble, Jr., Hazard, for appellees.

PER CURIAM.

This is a motion for an appeal from a
judgment awarding Standard Generator
Service Company $422.53 in cash and used
merchandise to be picked up of the value
of $1,000 against John Stout d/b/a Craft
Auto Supply Company. The main conten-
tion is made by appellant that it was en-
titled to recover a money judgment for $1,-

422.53, but a factual issue was made out by the pleadings and proof on this point. There was ample evidence to sustain that portion of the jury verdict which found the parties agreed certain used automobile parts at fixed prices could be turned over to appellant to be credited against appellees' account sued on.

Another argument concerns the second instruction offered by appellees, which the court gave over appellant's objection. This instruction was erroneous because it was unsupported by any evidence. Still, it is manifest the jury disregarded it in arriving at the verdict, and we have held that the substantial rights of the complaining party have not been violated so as to constitute a basis of reversal when the giving of an erroneous instruction, as was done here, was not prejudicial. See Jarboe v. Shane, Ky., 254 S.W.2d 695.

Wherefore, the motion for an appeal is overruled and the judgment is affirmed.